```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

JOHN BENJAMIN,                  :
                                :
    Plaintiff,                  :
                                :
    V.                          :   Case No. 3:16CV482(RNC)
                                :
JOHN/JANE DOE,                  :
                                :
    Defendants.                 :

## RULING ON PENDING MOTIONS

The plaintiff, John Benjamin, brings this § 1983 action against Department of Correction ("DOC") officers Ayala and Stevenson. The plaintiff alleges that Ayala assaulted him and Stevenson failed to intervene. Pending before the court are the plaintiff's (1) motion to compel the DOC to respond to certain document requests and (2) motion to extend the discovery deadlines. (Doc. ##56, 59.) After hearing oral argument, the court rules as follows:

Plaintiff's Motion to Compel

1. Document Request 2 is granted as follows: The DOC shall produce all documents, and related video footage, concerning any allegations of inmate assault involving Ayala, including but not limited to investigations, complaints, and reviews.

2. Document Request 4 is granted.

3. Document Request 5 is granted as follows: The AAG shall personally review Ayala's personnel file. Any information concerning allegations of mistreatment of inmates shall be produced

subject to an agreement that, at this stage, disclosure is for attorney's eyes only. The AAG shall provide plaintiff's counsel with a description of the other documents in the file.

4. During oral argument, plaintiff's counsel requested that that the DOC identify two inmates who appear in the video. Defense counsel shall use his best efforts to identify the inmates.

Motion to Extend Discovery Deadline

Plaintiff seeks an extension of the discovery deadline. Defense counsel does not object. Plaintiff's counsel indicated that she seeks to depose eight DOC employees. She agreed to provide defense counsel with a list of names. As to each, defense counsel shall indicate whether the individual is currently employed by the DOC.

Counsel also shall meet and confer regarding arranging a "walk through" by plaintiff's counsel of the area where the incident occurred.

Counsel agree to work together cooperatively to finish up the remaining discovery. All discovery shall be completed (not propounded) by July 2, 2019.

SO ORDERED this 5th day of April 2019 at Hartford, Connecticut.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge